IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1415 -AP

Norma C. Hart,

    Plaintiff,

v.

Carolyn Colvin,
Acting Commissioner of Social Security
    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Anthony Sokolow
1155 Kelly Johnson Blvd., Suite 111
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, Colorado 80920
(719) 260-3842
asokolow@asokolow.com

For Defendant:

| | |
|---|---|
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J.B. García | Social Security Administration |
| Assistant United States Attorney | 1001 Seventeenth Street |
| District of Colorado | Denver, Colorado 80202 |
| | (303) 844-0815 |
| | stephanie.kiley@ssa.gov |

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

- 1 -

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed: May 31, 2013**

    B.    **Date Complaint Was Served on U.S. Attorney's Office: June 5, 2013**

    C.    **Date Answer and Administrative Record Were Filed: August 5, 2013**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:  October 7, 2013**

    B.    **Defendant's Response Brief Due:  November 6, 2013**

    C.    **Plaintiff's Reply Brief (If Any) Due:  November 21, 2013**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**    **Plaintiff does not request oral argument**

    B.    **Defendant's Statement:  Defendant does not request oral argument**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.   **( x )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

- B.   **(   )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this  15th   day of  August     , 20 13 .

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                                UNITED STATES ATTORNEY

/s/Anthony L. Sokolow                                    /s/Stephanie Lynn F. Kiley
Anthony L. Sokolow                                       By: Stephanie Lynn F. Kiley
1155 Kelly Johnson Blvd., Suite 111                      Special Assistant U.S. Attorney
Colorado Springs, Colorado 80920                         1001 17th Street, Sixth Floor
Telephone:877-301-4667                                   Denver, Colorado 80202
asokolow@asokolow.com                                    stephanie.kiley@ssa.gov
Attorney for Plaintiff