# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-01415-REB

NORMA C. HART,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before the court on the **Stipulated Motion For An Award of Attorney's Fees Under The Equal Access To Justice Act, 28 U.S.C. § 2412** [#22][1] filed October 10, 2014. After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For An Award of Attorney's Fees Under The Equal Access To Justice Act, 28 U.S.C. § 2412** [#22] filed October 10, 2014, is **GRANTED**;

2. That defendant **SHALL PAY** plaintiff a total of $6,200.00 in EAJA fees; provided, further, that this amount is payable to plaintiff, not directly to her counsel;

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That payment to plaintiff **SHALL** be sent to the office of the plaintiff's attorney:

    Anthony L. Sokolow, Esq.
    Anthony L. Sokolow, P.C.
    1155 Kelly Johnson Boulevard, Suite 111
    Colorado Springs, CO 80920;

4. That defendant's payment of this amount **BARS** any and all claims plaintiff may have relating to EAJA fees and expenses in connection with this action;

5. That defendant's payment of this amount **IS WITHOUT PREJUDICE** to plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA; and

6. That this Order **SHALL NOT BE CITED** as precedent in any future cases.

Dated October 14, 2014, at Denver, Colorado.

                                            **BY THE COURT:**

                                            *Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge